UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-62497-CIV-JAL

ELLIETTE DEL SOCORRO ZELEDON, and )
all others similarly situated under 29 U.S.C. )
216(b), )
)
Plaintiffs, )
vs. )
)
STARBROS, LLC d/b/a STARBROS )
CLEANERS, LLC d/b/a ECOSTAR )
CLEANERS f/k/a AMERICA'S DRY )
CLEANING, NUDU & ASSOCIATES, INC )
d/b/a AMERICA'S DRY CLEANING, )
RICARDO A FERREIRA DE SOUSA and )
JAMILET D NUNEZ, )
)
Defendants. )
_____

## PLAINTIFF'S STATEMENT OF CLAIM

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

**Overtime Claim (relevant statutory period 8/5/14-8/20/16):**
Amount of half time per hour not compensated: $5
Weeks: 106
Overtime hours per week: 20
Total wages unpaid and liquidated damages: $10,600 X 2 = $21,200

*Plaintiff seeks all fees and costs under the FLSA.
**Plaintiff reserves the right to seek time and one half damages for any completely unpaid overtime hours based on the evidence adduced in discovery.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 10/27/16 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**