# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ELLIETTE DEL SOCORRO ZELEDON, and all others similarly situated under 29 U.S.C. 216(b),<br><br>           Plaintiffs,<br>vs.<br><br>STARBROS, LLC d/b/a STARBROS CLEANERS, LLC d/b/a ECOSTAR CLEANERS a/k/a AMERICA'S DRY CLEANING, NUDU & ASSOCIATES, INC d/b/a AMERICA'S DRY CLEANING, RICARDO A FERREIRA DE SOUSA and JAMILET D NUNEZ,<br><br>           Defendants. | 16-CV-62497-Lenard/Goodman |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
NUDU & ASSOCIATES, INC d/b/a AMERICA'S DRY CLEANING
c/o Registered Agent, Elias Nunez
4581 Weston Rd, 275
Weston, FL 33331

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    J.H. Zidell, Esq.
    J.H. Zidell P.A.
    300 71ST Street, Suite 605
    Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: January 18, 2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/L. Harris
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16- 62497

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NUDU & Associator

was received by me on *(date)* 1/12/13

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ali-Ali Ala Alan, who is designated by law to accept service of process on behalf of *(name of organization)* NUDU & Associator Co. on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: This door is partly alan any den

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 1/24/13

_____
Server's signature

Perry Parang
*Printed name and title*

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ELLIETTE DEL SOCORRO ZELEDON, and all others similarly situated under 29 U.S.C. 216(b),<br><br>Plaintiffs,<br>vs.<br><br>STARBROS, LLC d/b/a STARBROS CLEANERS, LLC d/b/a ECOSTAR CLEANERS a/k/a AMERICA'S DRY CLEANING, NUDU & ASSOCIATES, INC d/b/a AMERICA'S DRY CLEANING, RICARDO A FERREIRA DE SOUSA and JAMILET D NUNEZ,<br><br>Defendants. | 16-CV-62497-Lenard/Goodman |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
JAMILET D NUNEZ
4581 Weston Rd, #275
Weston, FL 33331

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:         J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **January 18, 2017**



Steven M. Larimore

**SUMMONS**

s/L. Harris
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-62497

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Janilet D. Nunez

was received by me on *(date)* 11/3/17

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Michal ___,
a person of suitable age and discretion who resides there,
on *(date)* 11/20/17, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* This address is P.O. Box Rental NKA CMRA USPS.

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 1/20/17

_____
Server's signature

Perry Parang
*Printed name and title*

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ELLIETTE DEL SOCORRO ZELEDON, and all others similarly situated under 29 U.S.C. 216(b),<br><br>    Plaintiffs,<br>vs.<br><br>STARBROS, LLC d/b/a STARBROS CLEANERS, LLC d/b/a ECOSTAR CLEANERS a/k/a AMERICA'S DRY CLEANING, NUDU & ASSOCIATES, INC d/b/a AMERICA'S DRY CLEANING, RICARDO A FERREIRA DE SOUSA and JAMILET D NUNEZ,<br><br>    Defendants. | 16-CV-62497-Lenard/Goodman |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
RICARDO A FERREIRA DE SOUSA
~~Urb. Amazonia, Calle 5, Casas 162~~
~~San Diego, Edo. Carabobo, 00 Venezuela 00~~

or 16648 Saddle Club Rd
Weston, Fla 33326

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: **January 18, 2017**

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/L. Harris
Deputy Clerk
U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

16 — 62497

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ricardo A. Ferrier De Sousa

was received by me on *(date)* 11/8/17.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Nrylat Silva, a person of suitable age and discretion who resides there,

on *(date)* 11/20/17, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 11/20/17

*Server's signature*

Perry Parang
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: