UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 16-62497-JAL

ELLIETTE DEL SOCORRO ZELEDON,
And all others similarly situated under
29 U.S.C. 216(b)

    Plaintiff,
v.

STARBROS, LLC d/b/a STARBROS
CLEANERS, LLC d/b/a ECOSTAR
CLEANERS f/k/a AMERICA'S DRY
CLEANING, NUDU & ASSOCIATEES, INC
d/b/a AMERICA'S DRY CLEANING,
RICARDO A. FERREIRA DE SOUSA
and JAMILET D. NUNEZ

    Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT OR TO A FILE RESPONSIVE PLEADING *NUNC PRO TUNC*

    Defendants, STARBROS, LLC d/b/a STARBROS CLEANERS, LLC d/b/a ECOSTAR CLEANERS, LLC f/k/a AMERICA'S DRY CLEANING (hereafter "STARBROS" or "Defendant"), NUDU & ASSOCIATES, INC d/b/a AMERICA'S DRY CLEANING (hereafter "NUDU" or "Defendant"), RICARDO FERREIRA DE SOUZA (hereafter "RICARDO FERREIRA" or "Defendant") and JAMILET DE. NUNEZ (hereafter "JAMILET NUNEZ" or "Defendant"), by and through the undersigned counsel, hereby file and serve the above-referenced motion and state as follows:

    1.    Defendants were served with a copy of Plaintiff's Complaint on January 20, 2017.

    2.    Undersigned counsel needs an extension of time to meet with Defendants' representatives, to review pertinent records and prepare a response to Plaintiff's Complaint. The

undersigned was recently retained. Accordingly, Defendants request an extension of time up to and including February 24, 2017 to file a responsive pleading to Plaintiff's Complaint.

    3.    This Motion has not been interposed for delay nor inconvenience. Rather, this Motion has been filed in good faith and in the interest of justice. Plaintiff will not be prejudiced by the granting of this Motion.

    4.    Plaintiff does not object to the instant motion.

WHEREFORE, based on the foregoing, Defendants respectfully request an extension of time up to and including February 24, 2017 which to file an answer or other responsive pleading in this matter.

Respectfully submitted,

/s Gary A. Costales
Gary A. Costales
Florida Bar No. 0948829
Law Offices of Gary A. Costales, P.A.
1200 Brickell Avenue, Suite 1440
Miami, Florida 33131
(305) 375-9510
(305) 375-9511(facsimile)
costalesgary@hotmail.com

### CERTIFICATE OF SERVICE

**I hereby certify** that on February 16, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s Gary A. Costales

## SERVICE LIST

*ELLIETTE DEL SOCORRO ZELEDON V. STABROS CLEANERS, LLC D/B/A ECOSTAR CLEANERS ET AL*
*CASE NO.:16-24684-DPG*
**United States District Court, Southern District of Florida**

| | |
|---|---|
| J.H. Zidell, Esq.<br>E-mail: zabogado@aol.com | Gary A. Costales, Esq.<br>Email:costalesgary@hotmail.com |
| J.H. Zidell, P.A.<br>300 71 Street, Suite 605<br>Miami Beach, FL 33141<br>Telephone: (305) 865-6766<br>Facsimile: (305) 865-7167 | Gary A. Costales, P.A.<br>1200 Brickell Ave. Suite 1440<br>Miami, Florida 33131<br>Telephone: (305) 375-9510 Ext. 314<br>Facsimile: (305) 375-9511<br>Attorney for Defendants<br>Notice of Electronic Filing |
| Rivkah Fay Jaff, Esq.<br>E-mail: Rivkah.jaff@gmail.com | |
| 300 71 Street, Suite 605<br>Miami Beach, FL 33141<br>Telephone: (305) 865-6766<br>Facsimile: (305) 865-7167 | |
| K. David Kelly, Esq.<br>E-mail: david.kelly38@rocketmail.com | |
| J.H. Zidell, P.A.<br>300 71 Street, Suite 605<br>Miami Beach, FL 33141<br>Telephone: (305) 865-6766<br>Facsimile: (305) 865-7167<br>Attorneys for Plaintiff<br>Notice of Electronic Filing | |