UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-62497-CIV-LENARD/GOODMAN

**ELLIETTE DEL SOCORRO ZELEDON,**
and all others similarly situated under
29 U.S.C. 216(b),

    Plaintiff,
vs.

**STARBROS, LLC d/b/a STARBROS CLEANERS, et al.,**

    Defendants.
_____/

**JOINT SCHEDULING FORM**
[to be attached to and filed with the Joint Scheduling Report]

The Parties shall jointly complete this Form by providing dates certain (e.g. January 1, 2006) for each action or event. Unilateral filings will not be accepted.

| **DEADLINE OR DATE** | **ACTION OR EVENT** |
|---|---|
| _____ | All motions for joinder of parties, to amend pleadings, and to add opt-in plaintiff(s) (with requisite consent(s) and affidavits) shall be filed. |
| _____ | The Parties shall each furnish opposing counsel a written list containing the names and addresses of all fact witnesses who may be called at trial. Only those witnesses named on this list shall be permitted to testify at trial. |
| _____ | All **fact** discovery must be completed. The Parties shall be under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| _____ | Plaintiff(s) must provide Defendant(s) an expert |

Case No. 16-62497-CIV-LENARD/GOODMAN

    witness list accompanied by the reports or summaries required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. Only those expert witnesses named on this list and for whom the required reports or summaries have been provided shall be permitted to testify at trial. Within the fourteen-day period after this deadline, Plaintiff(s) shall make the expert witnesses available for deposition by Defendant(s).

_____ Defendant(s) must provide Plaintiff(s) an expert witness list accompanied by the reports or summaries required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. Only those expert witnesses named on this list and for whom the required reports or summaries have been provided shall be permitted to testify at trial. Within the fourteen-day period after this deadline, Defendant(s) shall make the expert witnesses available for deposition by Plaintiff(s).

_____ All **expert** discovery must be completed.

_____ All dispositive motions, pre-trial motions, and memoranda must be filed, including any motions to exclude or to limit proposed expert testimony.

_____ Mediation shall be completed.

_____ Proposed date before which all motions in limine must be filed.

_____ Proposed date for joint pre-trial stipulation pursuant to Local Rule 16.1(e).

_____ Proposed date for pre-trial conference.

_____ Proposed date for trial.

Case No. 16-62497-CIV-LENARD/GOODMAN

ADDITIONAL
DEADLINES OR DATES          ACTION OR EVENT

_____

_____

_____

_____

_____

**DONE AND ORDERED** in Chambers at Miami, Florida this ____ day of March, 2016.


_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**