UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 16-62497-JAL

ELLIETTE DEL SOCORRO ZELEDON,
And all others similarly situated under
29 U.S.C. 216(b)

    Plaintiff,
v.

STARBROS, LLC d/b/a STARBROS
CLEANERS, LLC d/b/a ECOSTAR
CLEANERS f/k/a AMERICA'S DRY
CLEANING, NUDU & ASSOCIATEES, INC
d/b/a AMERICA'S DRY CLEANING,
RICARDO A. FERREIRA DE SOUSA
and JAMILET D. NUNEZ

    Defendants.
_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT**

Defendants, STARBROS, LLC d/b/a STARBROS CLEANERS, LLC d/b/a ECOSTAR CLEANERS, LLC f/k/a AMERICA'S DRY CLEANING, NUDU & ASSOCIATES, INC d/b/a AMERICA'S DRY CLEANING, RICARDO FERREIRA DE SOUZA and JAMILET DE. NUNEZ by and through undersigned counsel, disclose the following:

**1.** The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    1.    Elliette Del Socorro Zeledon

2. Starbross, LLC d/b/a Starbros Cleaners, LLC d/b/a Ecostar Cleaners f/k/a America's Dry Cleaning

3. Ricardo A. Ferreira De Souza

4. Jamilet D. Nunez

**2.** The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

**3.** The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

**4.** The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff, Elliette Del Socorro Zeledon.

Respectfully submitted,

/s Gary A. Costales
Gary A. Costales
Florida Bar No. 0948829
Law Offices of Gary A. Costales, P.A.
1200 Brickell Avenue, Suite 1440
Miami, Florida 33131
 (305) 375-9510
 (305) 375-9511(facsimile)
costalesgary@hotmail.com

## CERTIFICATE OF SERVICE

**I hereby certify** that on March 24, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s Gary A. Costales

## SERVICE LIST

*ELLIETTE DEL SOCORRO ZELEDON V. STABROS CLEANERS, LLC D/B/A ECOSTAR CLEANERS ET AL*
*CASE NO.:16-24684-DPG*
**United States District Court, Southern District of Florida**

J.H. Zidell, Esq.
E-mail: zabogado@aol.com

J.H. Zidell, P.A.
300 71 Street, Suite 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Facsimile: (305) 865-7167

Rivkah Fay Jaff, Esq.
E-mail: Rivkah.jaff@gmail.com

300 71 Street, Suite 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Facsimile: (305) 865-7167

K. David Kelly, Esq.
E-mail: david.kelly38@rocketmail.com

Gary A. Costales, Esq.
Email:costalesgary@hotmail.com

Gary A. Costales, P.A.
1200 Brickell Ave. Suite 1440
Miami, Florida 33131
Telephone: (305) 375-9510 Ext. 314
Facsimile: (305) 375-9511
Attorney for Defendants
Notice of Electronic Filing

J.H. Zidell, P.A.
300 71 Street, Suite 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Facsimile: (305) 865-7167
Attorneys for Plaintiff
Notice of Electronic Filing